# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**FELICIA JEFFERSON,**
Appellant,

v.

**KIMBERLA MILLER** and **ANTHONY MILLER,**
Appellees.

Nos. 4D18-1423 & 4D18-1424

[January 24, 2019]

Consolidated appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Merrilee Ehrlich, Judge; L.T. Case No. DVCE 18001393.

Felicia Jefferson, West Palm Beach, pro se.

No appearance for appellees.

PER CURIAM.

*Affirmed.*

CONNER, FORST and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***